FILED
RICHARD W. NAGEL
CLERK OF COURT

4/23/20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:20-cr-44 |
| Plaintiff, | JUDGE Douglas R. Cole |
| vs. | INFORMATION |
| **NATHANIEL CARRUTH,** | 18 U. S. C. § 641 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Theft of Public Money)

From in or about August 2012, and continuing through in or about April 2019, in the Southern District of Ohio, the defendant, **NATHANIEL CARRUTH**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $39,676.26.

**In violation of 18 U.S.C. § 641.**

## COUNT 2
### (Theft of Public Money)

From in or about August 2012, and continuing through in or about April 2019, in the Southern District of Ohio, the defendant, **NATHANIEL CARRUTH**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, U.S. Office of Personnel Management Civil Service Retirement System benefits having a value of approximately $35,401.03.

**In violation of 18 U.S.C. § 641.**

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

_____
TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY